**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Anthony James Moore, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | Case No. 1:07-cv-030 |
| | ) | |
| Defendant. | ) | |

On July 27, 2006, the plaintiff, Anthony James Moore, filed a complaint with the United States Court of Federal Claims.  See Docket No. 1-3.  The complaint dealt with issues related to Moore's conviction for Gross Sexual Imposition in state court.  On December 27, 2006, the Court of Federal Claims filed an order sealing the entire record and changing the case caption to "John Doe v. United States."  See Docket No. 1-22.

The Court notes that there is a strong presumption that judicial records are public records and that the record from the United States Court of Federal Claims should not be sealed.  There is no factual or legal basis to justify that the record be sealed in this case.  The Court **ORDERS** that the record from the United States Court of Federal Claims be unsealed.

**IT IS SO ORDERED.**

Dated this 23rd day of April, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court